No. 85–885.   ZELEZNIK, ADMINISTRATOR OF THE ESTATE OF ZELEZNIK, ET AL. *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 85–890.   HUBBY *v.* HISTORIC SAVANNAH FOUNDATION ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 85–1042.   MARINE TRANSPORT LINES, INC. *v.* INTERNATIONAL ORGANIZATION OF MASTERS, MATES & PILOTS.   C. A. 11th Cir.   Certiorari denied.

No. 85–1058.   LISIECKI *v.* FEDERAL HOME LOAN BANK BOARD ET AL.   C. A. Fed. Cir.   Certiorari denied.

No. 85–1100.   DOE *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 85–1146.   KWALLEK *v.* ALASKA.   Ct. App. Alaska.   Certiorari denied.

No. 85–1155.   PAPAGO TRIBAL UTILITY AUTHORITY *v.* FEDERAL ENERGY REGULATORY COMMISSION.   C. A. 9th Cir.   Certiorari denied.

No. 85–1196.   CITY OF CHARLOTTESVILLE, VIRGINIA *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 85–1315.   KOSHER ET UX. *v.* STAMATIS ET UX.   Ct. App. N. Y.   Certiorari denied.

No. 85–1320.   CENTRAL HARDWARE CO. *v.* CENTRAL STATES, SOUTHEAST & SOUTHWEST AREAS PENSION FUND ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 85–1334.   ROE *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 85–1351.   CASACELI, INDIVIDUALLY AND AS DULY AUTHORIZED REPRESENTATIVE OF THE ESTATE OF BODD, ET AL. *v.*